UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| BRANDON W. PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:12-cv-1019-LSC |
| ) | |
| MIDLAND FUNDING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has been advised that the above-entitled cause is resolved.

Accordingly, this case is DISMISSED with prejudice. Costs are taxed as paid.

Done this 3rd day of October 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

171032